**FIRSTRAX, DIVISION OF UNITED PET GROUP, INC., Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2012–1113.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2012.

Lawrence M. Friedman, Barnes, Richardson & Colburn, Chicago, IL, for Plaintiff–Appellee.

Jason M. Kenner, Department of Justice, New York, NY, for Defendant–Appellant.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).